UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALVA PANTOJA,<br><br>                Plaintiff,<br><br>        v.<br><br>KOZY SHACK ENTERPRISES, INC.,<br><br>                Defendants. | No. 1:15-cv-00442-DAD-SMS<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 17) |

On May 12, 2016, the parties filed a joint stipulation dismissing the action in its entirety with prejudice.  (Doc. No. 17.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **May 13, 2016**                                 _____
                                                          UNITED STATES DISTRICT JUDGE